## Elmo P. LEE v. W. J. GRIFFITH. *
### No. 3745.

Court of Appeal of Louisiana. Second Circuit.
Nov. 18, 1931.

Parsons & Colvin, of Mansfield, for appellant.

Lee & Williams, of Mansfield, for appellee.

DREW, J.

For the reasons assigned in the case bearing the same number, entitled Peter F. Dunn et al. v. W. J. Griffith, 137 So. 766, this day decided by this court, the judgment of the lower court is affirmed, with costs.